### BEFORE THE FIRST DIVISION, AUGUST 1, 1950

**No. 54576.**—Goldfarb Novelty Co. *v.* United States, protests 124543–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of miniature leather novelties similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiff was sustained.